Heather K. McMillan (SBN 188939)
heather@scmclaw.com
Kimberly H. Whang (SBN 299368)
kimberly@scmclaw.com
STEVENS & MCMILLAN
335 Centennial Way
Tustin, CA 92780
Telephone: (714) 730-1000
Facsimile: (714) 730-1067

Attorney for Plaintiff
MAHMOUD ITANI

Leslie H. Helmer (SBN 150296)
lhhelmer@bryancave.com
Michael E. Olsen (SBN 307358)
michael.olsen@bryancave.com
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California 90401
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Attorneys for Defendant
WALGREEN CO. and WALGREEN PHARMACY SERVICES MIDWEST, LLC
(erroneously sued as "Walgreen Pharmacy Services")

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAHMOUD ITANI,<br><br>             Plaintiff,<br><br>      vs.<br><br>WALGREEN CO.; WALGREEN PHARMACY SERVICES; and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No.: 5:17-cv-01988 JGB (JEMx)<br><br>**ORDER** |

# ORDER

Pursuant to the Stipulation entered into by and between Plaintiff MAHMOUD ITANI and Defendants WALGREEN CO. and WALGREEN PHARMACY SERVICES through their respective counsel of record, and good cause appearing thereby,

IT IS HEREBY ORDERED that the matter of Mahmoud Itani v. Walgreen Co. and Walgreen Pharmacy Services filed in the United States District Court for the Central District of California, bearing Case Number 5:17-cv-01988 JGB (JEMx) is hereby dismissed with prejudice in its entirety.

DATED: March 19, 2018

Hon. JESUS G. BERNAL
United States District Court Judge